# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DORIS L. THOMAS, | ) | 3:13-cv-00460-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The court has considered the report and recommendation of the United States Magistrate Judge (#19) filed on May 13, 2013, in which the magistrate judge recommends that this court enter an order denying the plaintiff's motion for remand and/or reversal (#15) and granting the defendant's cross-motion for summary judgment (#17).  Neither party objected to the report and recommendation.  The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good

cause appearing, the court hereby adopts and accepts the report and recommendation of the United States Magistrate Judge (#19).

In accordance with the foregoing, the plaintiff's motion for remand and/or reversal (#15) is hereby **DENIED** and the defendant's cross-motion to affirm (#17) is hereby **GRANTED.**

**IT IS SO ORDERED.**

DATED: This 10th day of June, 2014.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

2